GENE ANN CRISCENTI, Respondent, v VERIZON et al., Appellants, et al., Defendant. GENE ANN CRISCENTI, Respondent, v COMMUNICATIONS CONSTRUCTION GROUP, LLC, et al., Defendants, and JEK COMMUNICATIONS, INC., Appellant. [952 NYS2d 146]—

Plaintiff was injured when she slipped and fell on the cover of a Verizon utility box located in a common-area lawn in her condominium complex. Without a showing of notice to defendants, the fact that the utility box cover was slippery when wet does not raise an issue of fact as to negligence (*see Contreras v Zabar's*, 293 AD2d 362 [1st Dept 2002]). Nor do plaintiff's expert opinions raise an issue of fact, since they are unsupported either by the record or by specific, applicable safety standards (*see id.*).

Plaintiffs strict products liability claim fares no better. The record demonstrates conclusively that defendants did not manufacture, sell or distribute the utility box (*see Reeps v BMW of N. Am., LLC*, 94 AD3d 475, 476 [1st Dept 2012]). Concur— Tom, J.P., Mazzarelli, Catterson, Renwick and DeGrasse, JJ.

Motion to strike footnote denied.